No. 90–992.   NEVADA ET AL. *v.* WATKINS, SECRETARY OF ENERGY, ET AL., 499 U. S. 906.   Motion for leave to file petition for rehearing denied.

### JUNE 18, 1991

No. 90–1780.   H & M CONSTRUCTION CO., INC., ET AL. *v.* TELL CITY CHAIR CO., INC.   C. A. 6th Cir.   Certiorari dismissed under this Court's Rule 46.

### JUNE 19, 1991

No. 90–949.   WARD *v.* ATTRIDGE, MAGISTRATE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir.   Certiorari dismissed under this Court's Rule 46.

### JUNE 20, 1991

No. A–953.   FEINSTEIN ET AL. *v.* UNITED STATES ET AL. Application for partial stay of an order of the United States District Court for the Southern District of New York, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.